Commonwealth *v.* Bradford, Appellant.

Submitted March 12, 1973. *Hugh S. Rebert*, Assistant Public Defender, for appellant; *Joseph E. Erb*, Assistant District Attorney, and *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bridell, Appellant.

Submitted March 19, 1973. *Donald M. Moser*, and *Lorch, Ryan, Peruto & Vitullo*, for appellant; *Robert B. Lawler* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.